WILLIAM H. BROWN, ESQ. (7623)
THE LAW OFFICES OF
WILLIAM H. BROWN, LTD.
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@LambroseBrown.com
*Attorney for Defendant*
*Shakeya Joseph*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JEREMY TYSON, DEANDRE SPENCER, and SHAKEYA JOSEPH,<br><br>                    Defendants. | 2:18-cr-00107-APG-GWF<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE (REMOVAL OF HOME MONITORING)** |

Defendant Shakeya Joseph., by and through her counsel of record, THE LAW OFFICES OF WILLIAM H. BROWN, LTD., hereby files this unopposed motion[1] for modification of pretrial release conditions, which seeks specifically to remove the condition of house arrest on the grounds that the ankle monitor required for home detention is interfering with Joseph's ability

---

[1] This unopposed motion seeks the same relief on the same grounds as an earlier motion (EFC No. 49), and therefore renders the earlier motion moot.

1

to find employment and to obtain public benefits, and that this hardship outweighs any purpose arguably served by requiring continued pretrial home detention. This motion is made and based upon 18 U.S.C. §§ 3142(c)(3) and 3145(a)(2), the attached memorandum of points and authorities, the pleadings and papers on file herein, and any argument to be entertained by the Court.

Dated: May 3, 2018

Respectfully submitted,

THE LAW OFFICES OF
WILLIAM H. BROWN, LTD.

By: /s/ William Brown
WILLIAM H. BROWN, ESQ. (7623)
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@LambroseBrown.com
Attorney for Defendant
Shakeya Joseph

## MEMORANDUM OF POINTS AND AUTHORITIES

The Court should no longer require house arrest as a condition of defendant Shakeya Joseph's pretrial release because the ankle monitor required to track Joseph's location is interfering with her ability to find employment and provide for her family.

Joseph is one of three defendants named in a three-count indictment arising from two pharmacy robberies where Joseph was the alleged driver. The defendants were initially charged in a criminal complaint filed January 11, 2018, after which Joseph was released on a PR bond with certain conditions, including home detention. *See* ECF No. 14. The Court should remove that condition.[2]

Under 18 U.S.C. § 3142(c)(3), this Court may at any time impose different conditions of release. Joseph reports that the ankle monitor required for home detention is interfering with her ability to obtain employment. Her former employer (Auntie Anne's[3]) informed Joseph that the ankle monitor brought unwanted attention. A prospective employer, (Ever[4])

---

[2] Notably, the defendant who allegedly entered the pharmacies and carried out the robberies (Jeremy Tyson) is *not* subject to home detention. *See* ECF No. 19.

[3] A pretzel shop in the Meadows Mall, 4300 Meadows Ln, Las Vegas, NV 89107.

[4] A women's clothing store in the Meadows Mall, 4300 Meadows Ln, Las Vegas, NV 89107.

3

said the ankle monitor would be a distraction to customers and employees, and to return when it was removed. Also, Joseph reports that Clark County Social Services has indicated that, as long as she is on house arrest, they cannot offer any assistance. The ankle monitor required for home detention is therefore interfering with Joseph's ability to find employment and provide for her family (she has two children, Kayleah (7) and Deandre (2)). She therefore asks that the home detention requirement be removed.

The government does not oppose removing the home monitoring condition, and Joseph's Pretrial Supervision Officer, CJ Kuipers, advised that he will take no position on the issue. In light of the hardship home detention is causing, the Court should therefore remove it as a condition of Joseph's pretrial release pursuant to its authority under 18 U.S.C. § 3142(c)(3).

**IT IS ORDERED** that the Unopposed Motion to Modify Conditions of Release (ECF No. 50) is **GRANTED** and the conditions of Joseph's pretrial release are modified to delete the requirement that she remain on home detention with ankle monitoring.

**IT IS FURTHER ORDERED** that the Motion to Modify Conditions of Release (ECF No. 49) is **MOOT**.

Dated: May 8, 2018

Peggy A. Leen
United States Magistrate Judge

4

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of THE LAW OFFICES OF WILLIAM H. BROWN, LTD., and that on this date I e-filed and e-served the foregoing **MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE (REMOVAL OF HOME MONITORING)**

Date: May 3, 2018

By: /s/ *William Brown*
    An employee of
    THE LAW OFFICES OF
    WILLIAM H. BROWN, LTD.

5